UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION : | UNDER SEAL |
| OF THE UNITED STATES FOR A : | |
| SEARCH WARRANT : | Case. No. |
| : | May 25, 2011 |

**FILED** JAN 23 P 1:46
U.S. DISTRICT COURT
NEW HAVEN, CT.

## MOTION TO SEAL

In accordance with Rule 57 of the Local Rules of Criminal Procedure, the United States of America, by David B. Fein, United States Attorney for the District of Connecticut, by David E. Novick, Assistant United States Attorney, moves the Court for an order sealing the Application for Search Warrant, the Search Warrant and supporting Affidavit, this Motion to Seal, and the within proposed Order to Seal in the captioned matter.

Due to the fact that this is an application that pertains to an ongoing criminal investigation, and because premature disclosure of the contents of the affidavit could result in the destruction of evidence, and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, and by limiting the possible use of the grand jury to develop further admissible evidence and by limiting the ability to conduct other search warrants that may be necessary.

Respectfully submitted,

DAVID B. FEIN
UNITED STATES ATTORNEY

DAVID E. NOVICK
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. phv02874
450 Main Street, Rm. 328
Hartford, CT  06103
(860) 947-1101

The foregoing motion is hereby GRANTED. The sealing is supported by clear and compelling reasons and is narrowly tailored to serve those reasons. Specifically, this is an application that pertains to an ongoing criminal investigation, and because premature disclosure of the contents of the affidavit could result in the destruction of evidence, and could frustrate this investigation by alerting the targets of the investigation to the nature of the probe, the techniques employed, and the evidence developed to date, and by limiting the possible use of the grand jury to develop further admissible evidence and by limiting the ability to conduct other search warrants that may be necessary.

SO ORDERED.

/s/ Judge Joan G. Margolis
_____
HON. JOAN G. MARGOLIS
UNITED STATES MAGISTRATE JUDGE

5/25/11
DATE